**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **SHERYL WHITLOCK, Individually**<br>**and on behalf of the ESTATE OF**<br>**WILLIAM HULA** | § <br> § <br> § <br> § | |
| **v.** | § <br> § | **Case No. 1:25-CV-0004-H** |
| **ISMAEL AGUIRRE, and**<br>**MITCHELL COUNTY, TEXAS** | § <br> § <br> § | |

## NOTICE OF CHANGE OF ADDRESS

Counsel for Defendant Ismael Aguirre and Mitchell County, Texas provides notice to the Court as well as all counsel of record in the above referenced case that effective February 1, 2026, my mailing address will be:

**Jon Mark Hogg PLLC**
**1 East Twohig, 2nd Floor**
**San Angelo, Texas 76903**

All telephone numbers and email addresses remain the same.

Please make note of this on the Court's file and direct all future correspondence to the above address.

Respectfully submitted,

By: /s/ Jon Mark Hogg
        Jon Mark Hogg
        State Bar No. 00784286


JON MARK HOGG PLLC
1 East Twohig, 2nd Floor
San Angelo, Texas 76903
(325) 777-0455
jmh@jmhogglaw.com

ATTORNEY FOR DEFENDANT


## CERTIFICATE OF SERVICE

This is to certify that on February 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of such filing to all attorneys of record on file.


/s/ Jon Mark Hogg
Jon Mark Hogg