UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

SHERYL WHITLOCK, Individually
and on Behalf of the Estate of
WILLIAM HULA,

     Plaintiff,

v.

ISMAEL AGUIRRE, et al.,

     Defendants,

LEA DINA ARMENDARIZ, as Next
Friend of V.A., a Minor Child,

     Intervenor-Plaintiff.

No. 1:25-CV-004-H

## ORDER

In April 2026, the Court ordered the Clerk of Court to administratively close the case pending the conclusion of the parties' settlement negotiations. Dkt. No. 15; *see also* Dkt. No. 17. Then, in June, Lea Armendariz filed an intervenor complaint on behalf of V.A., the minor child of decedent William Hula. Dkt. No. 18.

The plaintiff and defendants inform the Court that "[t]his intervention has created issues regarding heirship" that "must be resolved before the settlement documentation can be finalized and submitted to the appropriate county court for approval." Dkt. No. 19. They therefore ask the Court to grant an additional 60 days to discuss settlement and dismissal with Armendariz. *Id.* at 2. However, the motion is only signed by counsel for the plaintiff and defendants, and not Armendariz's counsel. *Id.* And no certificate of conference is attached as required by Local Civil Rule 7.1. Moreover, "[u]nder Texas [law] in cases with a settlement involving a minor litigant, even if the parties and [guardian] ad

litem agree to the settlement, a judgment ratifying the compromise cannot be rendered without a hearing and evidence that the settlement serves the minor's best interest." *Baladez v. Gen. Motors, LLC*, No. 1:17-CV-194, 2018 WL 6737978, at *2 (N.D. Tex. Dec. 18, 2018) (quotation omitted), *R. & R. adopted*, 2018 WL 6831109 (Dec. 28, 2018).

In light of the above, the Court orders the parties to submit a joint status report on or before August 12, 2026 indicating whether: (1) the parties remain in settlement negotiations, (2) whether the Court should order the parties to confer on a new scheduling-order proposal (*see* Dkt. No. 8), and (3) whether the appointment of a guardian ad litem and fairness hearing are required to dispose of the intervenor-plaintiff's complaint in this case.

The Court directs the Clerk of Court to administratively reopen the case.

So ordered on July 22, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

- 2 -